1  JAMES J. YUKEVICH (SBN 159896)
   *jyukevich@yukelaw.com*
2  CRISTINA M. CIMINELLI (SBN 206201)
   *cciminelli@yukelaw.com*
3  STEVEN S. VAHIDI (SBN 283951)
   *svahidi@yukelaw.com*
4  YUKEVICH | CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, California 90071-1560
   Telephone:   (213) 362-7777
6  Facsimile:   (213) 362-7788

7  Attorneys for Defendants
   PAMA MANAGEMENT, INC.; NIJJAR
8  REALTY, INC.; GROUP XII
   PROPERTIES, LP; and GROUP XIII
9  PROPERTIES, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALEXIS LOPEZ,<br><br>         Plaintiff,<br><br>     vs.<br><br>PAMA MANAGEMENT, INC.; NIJJAR REALTY, INC.; GROUP XII PROPERTIES, LP; GROUP XIII PROPERTIES, LP; and DOES 1 to 20,<br><br>         Defendants. | CASE NO. 2:16-CV-9390 ODW (JCx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

TO THE HONORABLE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that Plaintiff ALEXIS LOPEZ and Defendants PAMA MANAGEMENT, INC., NIJJAR REALTY, INC., GROUP XII PROPERTIES, LP, and GROUP XIII PROPERTIES, LLP have reached a confidential settlement that will result in the dismissal of this action in its entirety.

The parties anticipate filing a dismissal within the next 45 days.  Request is hereby made that all hearings be vacated.

DATED:  October 19, 2017        YUKEVICH | CAVANAUGH

By: ___*/s/Steven S. Vahidi*___
James J. Yukevich
Cristina M. Ciminelli
Steven S. Vahidi
Attorneys for Defendants PAMA MANAGEMENT, INC.; NIJJAR REALTY, INC.; GROUP XII PROPERTIES, LP; and GROUP XIII PROPERTIES, LLP

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On October 19, 2017, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT OF ENTIRE ACTION** on the interested parties in this action as follows:

| | |
|---|---|
| Frances M. Campbell<br>Nima Farahani<br>JoAnne E. Belisle<br>CAMPBELL & FARAHANI, LLP<br>15233 Ventura Boulevard, Suite 408<br>Sherman Oaks, CA 91403 | Attorneys for Plaintiff ALEXIS LOPEZ<br><br>T: (818) 999-4242<br>F: (818) 999-4246<br><br>fcampbell@campbellfarahani.com<br>nfarahani@campbellfarahani.com<br>ibelisle@campbellfarahani.com |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 19, 2017, at Los Angeles, California.

*/s/Kerry Powers*
Kerry Powers

1772614.1 / 131-097

2:16-CV-9390 ODW (JCx)

NOTICE OF SETTLEMENT OF ENTIRE ACTION